IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDDLE EAST FORUM,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendant*. | Case No. 1:19-cv-00008 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 9, 2019, Order, ECF No. 14, Plaintiff Middle East Forum and Defendant United States Department of the Treasury hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

**I.     The Status of Defendant's Search, Review, and Production**

This case concerns Plaintiff's July 12, 2018 FOIA request to Defendant seeking various records "concerning a grant by the United States Agency for International Development (USAID) to World Vision Inc. . . . that was then, in turn, provided to a sub-grantee, namely Islamic Relief Agency (ISRA)."

Defendant has completed its collection of potentially responsive records and has begun processing those records pursuant to FOIA. Defendant's collection identified 33,032 potentially responsive pages. Approximately 23,000 of those pages resulted from supplemental search terms. The large majority of those supplemental pages are expected to be non-responsive, and Defendant is determining whether it can eliminate non-responsive documents from that set in an expedited manner. On July 1, 2019, Defendant made its first production of documents to Plaintiff. At that time, Defendant had processed 5,159 pages of records. Of those, 4,861 pages

were not responsive to Plaintiff's FOIA request, and 164 pages were duplicates. With respect to the 134 responsive pages, 7 pages are being referred to the Department of State for consultation, 83 pages were not produced because they needed to be processed through the submitter notice process (which is now complete), 4 pages were withheld in full pursuant to FOIA Exemptions (b)(5) and (b)(6), and 40 pages of records were produced to Plaintiff either in full or with redactions.

## II.   Future Processing

Defendant anticipates processing at least 250 pages of potentially responsive documents per month. Defendant will make its next rolling production of documents on September 1, 2019. *See* ECF Nos. 13, 14.

Plaintiff retains previously stated concerns about the pace of production, but at this point will await the results of the September 1, 2019 production before deciding on any future actions.

As part of its processing, Defendant will continue to review whether documents implicate the equities of other agencies. If so, Defendant will forward those documents to the appropriate agencies for consultation. After completing the relevant consultations (the timing of which is uncertain and depends in part on the response times of the other agencies), Defendant will produce any remaining non-exempt, responsive records subject to FOIA.

## III.   Further Joint Status Reports

Pursuant to the Court's May 9 order, the parties will next submit a joint status report on October 30, 2019. *See* ECF No. 14. The parties will additionally file a joint status report within thirty days of Defendant's final production, unless the Court orders otherwise. *See id.*

          Respectfully submitted,

          */s/ Clifford V. Smith*
          Clifford V. Smith (Md. Bar No. 20110615)

Middle East Forum
1500 Walnut Street, Suite 1050
Philadelphia, PA 19102
Tel: (202) 730-9793
csmith@meforum.org

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11318
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
joshua.abbuhl@usdoj.gov

*Counsel for the Defendant*